UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

Shining Solutions, Inc.,

                          Plaintiff,

    v.                                    Court No.  22-0301

United States et al.,

                          Defendant.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: August 11, 2025

                                                      Erik D. Smithweiss
                                                      Attorney for Plaintiff

                                                      707 Wilshire Boulevard, Ste 4150
                                                      Street Address

                                                        Los Angeles, CA 90017-3720
                                                      City, State and Zip Code

                                                       (213) 624-1970
                                                         Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____       Clerk, U. S. Court of International Trade


                                                       By: _____
                                                                     Deputy Clerk